**No. 10-5429. Clinton L. Patrick, Petitioner v. Illinois.**

562 U.S. 921, 131 S. Ct. 295, 178 L. Ed. 2d 194, 2010 U.S. LEXIS 7228.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, Second District, denied.

Same case below, 394 Ill. App. 3d 1114, 369 Ill. Dec. 98, 985 N.E.2d 1084.

**No. 10-5430. Tong C. Park, Petitioner v. United States.**

562 U.S. 921, 131 S. Ct. 296, 178 L. Ed. 2d 194, 2010 U.S. LEXIS 7187.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 373 Fed. Appx. 463.

**No. 10-5431. Mark Lee Stinson, Petitioner v. Mike Knowles, Warden, et al.**

562 U.S. 921, 131 S. Ct. 296, 178 L. Ed. 2d 194, 2010 U.S. LEXIS 7558.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 910.

**No. 10-5433. Carl David Jones, Petitioner v. Texas.**

562 U.S. 921, 131 S. Ct. 296, 178 L. Ed. 2d 194, 2010 U.S. LEXIS 7598.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, denied.

**No. 10-5434. Louis Winters, Petitioner v. Scott P. Fisher, Warden.**

562 U.S. 921, 131 S. Ct. 296, 178 L. Ed. 2d 194, 2010 U.S. LEXIS 7158.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5435. Lin Xian Wu, Petitioner v. United States.**

562 U.S. 921, 131 S. Ct. 296, 178 L. Ed. 2d 194, 2010 U.S. LEXIS 7109.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-5436. David C. Ulloa, Petitioner v. California.**

562 U.S. 922, 131 S. Ct. 296, 178 L. Ed. 2d 194, 2010 U.S. LEXIS 7276.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, denied.

Same case below, 180 Cal. App. 4th 601, 102 Cal. Rptr. 3d 743.